Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
7, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed June 7, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00418-CV

____________

 

IN RE RALPH O. DOUGLAS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May
17, 2007, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asks this court to compel the Honorable William R. Burke, Jr.,
presiding judge of the 189th District Court of Harris County to rule on relator=s motions to compel discovery, for
sanctions, and for summary judgment.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

 

PER CURIAM








 

Petition Denied and Memorandum
Opinion filed May 7, 2007.

Panel consists of Justices Anderson,
Fowler, and Frost.